BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT J. LEWIS | ) | No. 2:14-cv-1227-EFB (TEMP) |
| | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER EXTENDING PLAINTIFF'S |
| Plaintiff, | ) | TIME TO FILE SUMMARY |
| | ) | JUDGEMENT MOTION |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SSA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his summary judgment motion is hereby extended to March 11, 2016, with all other deadlines extended accordingly.  This motion was due December 31, 2015, but due to the holidays and office closure was overlooked. Plaintiff's counsel realized the oversight today.

////

////

////

1

Dated: February 3, 2016

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: February 3, 2016

Benjamin B. Wagner
United States Attorney

Deborah Lee Stachel
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jeffrey Chen
JEFFREY CHEN
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

DATED:   February 5, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2