BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone: (415) 977-8939
   Facsimile: (415) 744-0134
   Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VINCENT J. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:14-cv-01227-EFB (TEMP)<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because he has a very a heavy workload including a pending case before the Ninth Circuit.

The new due date for Defendant's motion for summary judgment will be Wednesday, May 18, 2016.

Respectfully submitted,

Date: *April 18, 2016*                LAW OFFICE OF BESS M. BREWER

By:   */s/ Bess Brewer*_____
      BESS BREWER
      *\* By email authorization on April 18, 2016*
      Attorney for Plaintiff

Date: *April 18, 2016*                BENJAMIN B. WAGNER
                                      United States Attorney

By:   */s/ Jeffrey Chen*_____
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation and good cause appearing, IT IS SO ORDERED.

DATED:  April 26, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE